1

2

3

4

5

6

7

8                               IN THE UNITED STATES DISTRICT COURT

9                               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   JAMES HAMPTON,                                1:13-cv-01456 SAB (PC)

13                       Plaintiff,               ORDER TRANSFERRING CASE TO THE
                                                  SACRAMENTO DIVISION OF THE EASTERN
14   vs.                                          DISTRICT OF CALIFORNIA

15   W. WALKER, et al.,

16                       Defendants.

17   _____/

18          Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to 42

19   U.S.C.  § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20          In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

21   violations took place in Solano County, which is part of the Sacramento Division of the United

22   States District Court for the Eastern District of California.   Therefore, the complaint should have

23   been filed in the Sacramento Division.

24          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will

26   be transferred to the Sacramento Division.  This court will not rule on plaintiff's request to proceed in

27   forma pauperis.

28          Good cause appearing, IT IS HEREBY ORDERED that:

-1-

1    1.  This action is transferred to the United States District Court for the Eastern District of

2  California sitting in Sacramento; and

3    2.  All future filings shall refer to the new Sacramento case number assigned and shall be

4  filed at:

5
6                        United States District Court
                         Eastern District of California
7                        501 "I" Street, Suite 4-200
                         Sacramento, CA 95814

8  3.  This court has not ruled on plaintiff's request to proceed in forma pauperis.

9

10

IT IS SO ORDERED.

11
     **Dated:   September 17, 2013**                    _____
12                                                      UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28